## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

Purchased/Filed: July 3, 2019

Index Number: 1:19-cv-06163-

---

Jermaine Deleston

Plaintiff(s)

against

*RIVOLI PIZZA II INC. d/b/a Rivoli Pizza II and 501 HUDSON CO. LLC*

Defendant(s)

---

STATE OF NEW YORK
COUNTY OF Nassau          SS.:

_____ Juliya Maiouchkina _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 5, 2019 _____, at _9:11 AM_, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Civil Complaint for Injunctive Relief, Individual Rules and Procedures of United
States District Judge Lorna G. Schofield and Magistrate Judge Barbara Moses          on

_____ RIVOLI PIZZA II INC. d/b/a Rivoli Pizza II _____, the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.

__2__ true copies thereof and that at the time of making such service, deponent paid said Secretary

of State a fee of _____40_____ dollars; That said service was made pursuant to Section

306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___60___   Approx. Wt: _130-140_   Approx. Ht: _5'4"_

Color of skin: ___White___   Hair color: Brown/Blon   Sex: _Female_   Other: _____

Sworn to before me on this

__8th__ day of July 2019

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK
COMMISSION EXPIRES SEPTEMBER 20, 2021

Juliya Maiouchkina
**Attny's File No.**
Invoice•Work Order # 1588961

EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#