

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

December 18, 2019

United States District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1106
New York, New York 10007

    Re:    *Deleston v. Rivoli Pizza II Inc. et al.*, **Case No.: 1:19-cv-6163-LGS**

Dear U.S. District Judge Schofield:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement.

    We thank this Honorable Court for its time and consideration in this matter.

    Respectfully submitted,

    BASHIAN & PAPANTONIOU, P.C.

    */s/ Erik M. Bashian*
    _____
    Erik M. Bashian, Esq.

cc:    Joseph M. Labuda, Esq. *(via CM/ECF)*
    Jeremy M, Koufakis, Esq. *(via CM/ECF)*