```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JERMAINE DELESTON,                                          :
                                  Plaintiff,                :
                                                            :       19 Civ. 6163 (LGS)
             -against-                                      :
                                                            :       ORDER
RIVOLI PIZZA II INC.,                                       :
                                                            :
                                  Defendant.                :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

LORNA G. SCHOFIELD, District Judge:

The parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED. The Clerk of Court is respectfully directed to close Dkt. No. 33.

Dated: December 19, 2019
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE