# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 328-8899

January 17, 2020

**VIA ECF**
United States District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1106
New York, New York 10007

    Re:    **Deleston v. Rivoli Pizza II Inc. *et al.*, Case No.: 1:19-cv-6163-LGS**

Dear U.S. District Judge Schofield:

    This firm represents Defendants Rivoli Pizza II Inc. d/b/a Rivoli Pizza II ("Rivoli Pizza II") and 501 Hudson Co. LLC ("501 Hudson") (collectively, the "Defendants") in the above-referenced action. Defendants in conjunction with counsel for Plaintiff Jermaine Deleston ("Plaintiff") hereby submit this joint letter.

    Pursuant to the Court Order dated December 19, 2019, the parties reached a settlement in principle. However, an agreement has not yet been finalized and the parties respectfully request a two (2) week extension until January 31, 2020 to finalize a settlement agreement. The reason for the request for an extension is that the undersigned was away during the holidays and was recently involved in a trial.

    Accordingly, the parties respectfully submit that good cause exists for the Court to grant its request for an adjournment in light of the above-referenced concerns.

    Please do not hesitate to contact me if you have any questions. We thank you for your time, attention, and anticipated courtesies in this matter.

    Respectfully submitted,

    /s/ Joseph M. Labuda
    Joseph M. Labuda, Esq.

cc:    Erik M. Bashian, Esq. (Via ECF)